**10. Bankruptcy cases pending by an affiliate**

| CASE NAME | VENUE | CASE NUMBER | DATE FILED | RELATIONSHIP |
|---|---|---|---|---|
| 900 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11527-tmd | 11/04/19 | Affiliate |
| 905 Cesar Chavez, LLC | Bankr. W.D. Tex. | 19-11528-tmd | 11/04/19 | Affiliate |
| 5th and Red River, LLC | Bankr. W.D. Tex. | 19-11529-tmd | 11/04/19 | Affiliate |
| 7400 South Congress, LLC | Bankr. W.D. Tex. | 19-11530-tmd | 11/04/19 | Affiliate |
| WC 56 East Avenue, LLC | Bankr. W.D. Tex. | 19-11649-tmd | 12/02/19 | Affiliate |
| Silicon Hils Campus, LLC | Bankr. W.D. Tex. | 20-11042-tmd | 01/07/20 | Affiliate |
| Hirshfeld Moore, LLC | Bankr. W.D. Tex. | 20-10251-tmd | 02/03/20 | Affiliate |
| WC 103 East Fifth, LLC | Bankr. W.D. Tex. | 20-10252-tmd | 02/03/20 | Affiliate |
| WC 320 Congress, LLC | Bankr. W.D. Tex. | 20-10253-tmd | 02/03/20 | Affiliate |
| WC 422 Congress, LLC | Bankr. W.D. Tex. | 20-10254-tmd | 02/03/20 | Affiliate |
| WC 805-809 East Sixth, LLC | Bankr. W.D. Tex. | 20-10255-tmd | 02/03/20 | Affiliate |
| WC 901 East Cesar Chavez, LLC | Bankr. W.D. Tex. | 20-10256-tmd | 02/03/20 | Affiliate |
| WC 1212 East Sixth, LLC | Bankr. W.D. Tex. | 20-10257-tmd | 02/03/20 | Affiliate |
| WC 9005 Mountain Ridge, LLC | Bankr. W.D. Tex. | 20-10258-tmd | 02/03/20 | Affiliate |
| WC 2101 Ben White, LP | Bankr. W.D. Tex. | 20-10182-tmd | 02/04/20 | Affiliate |
| WC 4th and Colorado, LP | Bankr. W.D. Tex. | 20-10881-tmd | 08/04/20 | Affiliate |