**Fill in this information to identify the case:**

Debtor name: WC 3rd and Congress, LP

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number (If known): 20-10887

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Commission Environmental Quality (TCEQ) PO Box 3089, Austin, TX 78711 | | | | | | $3,234.38 |
| 2 | Alexander Dubose & Jefferson LLP 515 Congress Avenue, Suite 2350 Austin, TX 78701-3562 | | | | | | unknown |
| 3 | Hance Scarborough, LLP 400 W. 15th Street, Suite 950 Austin, TX 78701 | | | | | | unknown |
| 4 | Streusand, Landon, Ozburn, and Lemmon LLP 1801 S. Mopac Expressway, Suite 320 Austin, TX 78746 | | | | | | unknown |
| 5 | King & Spalding LLP 500 West 2nd Street, Suite 1800 Austin, TX 78701 | | | | | | unknown |
| 6 | Julia Clark & Associates 1401 West Avenue, Suite B Austin, TX 78701 | | | | | | unknown |
| 7 | Harney Partners 3800 N. Lamar Blvd., Suite 200 Austin, TX 78756 | | | | | | unknown |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor  WC 3rd and Congress, LP
Name

Case number (if known) 20-10887

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |