**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-10887 |
| | § | |
| WC 3rd and Congress, LP, | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Gregory S. Milligan, the court-appointed Receiver for Debtor WC 1st and Trinity, LP and Debtor WC 3rd and Congress, LP (hereinafter "Receiver"), requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

> Stephen W. Lemmon
> Rhonda B. Mates
> Streusand Landon Ozburn & Lemmon LLP
> 1801 S. MoPac Expressway, Suite 320
> Austin, Texas 78746
> (512) 236-9904 (Facsimile)
> lemmon@slollp.com
> mates@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

Dated: August 11, 2020                                Respectfully submitted,

                                                STREUSAND, LANDON, OZBURN
                                                & LEMMON LLP

                                                By: */s/ Stephen W. Lemmon*
                                                     Stephen W. Lemmon
                                                     State Bar No. 12194500
                                                   lemmon@slollp.com
                                                   Rhonda Mates
                                                   State Bar No. 24040491
                                                   mates@slollp.com
                                                   1801 S. MoPac Expressway, Suite 320
                                                   Austin, Texas 78746
                                                   (512) 236-9900; (512) 236-9904 (Fax)


                                                **ATTORNEYS FOR RECEIVER**
                                                **GREGORY S. MILLIGAN**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served via e-mail using the Court's ECF System upon the appropriate parties listed for electronic service on this 11th day of August, 2020, including the following:

**Debtor (Via First Class Mail)**
WC 3rd and Congress, LP
814 Lavaca St.
Austin, TX 78701

**Debtor's Attorney**
Mark H. Ralston
13155 Noel Road, Suite 700
Dallas, TX 75240
Email: mralston@fjrpllc.com

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

WC 3rd and Congress, LP
c/o Brian Elliot
814 Lavaca Street
Austin, TX 78701

Texas Commission Environmental Quality
PO Box 3089
Austin, TX 78711

King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701

Alexander Dubose & Jefferson LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562

Hance Scarborough, LLP
400 W. 15th Street, Suite 950
Austin, TX 78701

Julia Clark & Associates
1401 West Avenue, Suite B
Austin, TX 78701

Harney Partners
3800 N. Lamar Blvd., Suite 200
Austin, TX 78756

Nalle Plastics Family Limited Partnership
54 Sundown Parkway
Austin, TX 78746

CR IV Industrial, LP
1501 South MoPac Expressway
Austin, TX 78746

WC 3rd and Congress GP, LLC
814 Lavaca Street
Austin, TX 78701

3rd and Congress Super Majority, LLC
814 Lavaca Street
Austin, TX 78701

Anil R. Venkatrao
4410 Island Cove
Austin, TX 78731

Peter Morin
3512 Pace Bend Road South
Spicewood, TX 78669

The Roy F. & Joann Cole Mitte Foundation
1008 West Avenue
Austin, TX 78701

Ray C. Chester
Michael A. Shaunessy
MCGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701

*/s/ Stephen W. Lemmon*
Stephen W. Lemmon