**Hearing shall be held on 9/21/2020 at 02:45 PM in https://ao-courts.webex.com/meet/davis. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 14, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WC 1ST AND TRINITY LP | § | Case No. 20-10885 |
| WC 3RD AND CONGRESS LP | § | Case No. 20-10887 |
| WC 1ST AND TRINITY GP LLC | § | Case No. 20-10886 |
| WC 3RD AND CONGRESS GP LLC | § | Case No. 20-10888 |
| Debtors | § | |

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR STATUS CONFERENCE

On this day, the Court considered the Receiver's Unopposed Motion for Status Conference. Having considered the Motion, any responses to same, and arguments of counsel, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that a Status Conference is set for _____.

###