

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 15, 2020**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| WC 1ST AND TRINITY LP | § Case No. 20-10885 |
| | § |
| WC 3RD AND CONGRESS LP | § Case No. 20-10887 |
| | § |
| **Debtors** | § |

**ORDER GRANTING MOTION TO DESIGNATE RECEIVER TO REMAIN IN CHARGE OF THE DEBTORS IN POSSESSION**

On this day, the Court considered the Motion to Designate Receiver to Remain in Charge of the Debtors in Possession filed by The Roy F. & Joann Cole Mitte Foundation. Having considered the Motion, any responses to same, and arguments of counsel, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the Receiver, Greg Milligan, shall remain in custody and control of the Debtor in Possession Partnership properties subject to further order of the Court.

# # #

- 2 -

PREPARED BY:

William H. Daniel
State Bar No. 05362700
Ray Chester
State Bar No. 04189065
McGinnis Lochridge LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (Fax)
wdaniel@mcginnislaw.com
rchester@mcginnislaw.com

ATTORNEYS FOR THE ROY F. & JOANN COLE MITTE FOUNDATION



- 2 -