

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 15, 2020**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WC 1ST AND TRINITY LP | § | Case No. 20-10885 |
| | § | |
| WC 3RD AND CONGRESS LP | § | Case No. 20-10887 |
| | § | |
| WC 1ST AND TRINITY GP LLC | § | Case No. 20-10886 |
| | § | |
| WC 3RD AND CONGRESS GP LLC | § | Case No. 20-10888 |
| Debtors | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION**
**OF THE ROY F. & JOANN COLE MITTE FOUNDATION'S**
**MOTION TO DISMISS BANKRUPTCY CASES**
Case No. 20-10885 [Related to Doc. No. 10]
Case No. 20-10887 [Related to Doc. No. 14]
Case No. 20-10886 [Related to Doc. No. 10]
Case No. 20-10888 [Related to Doc. No. 10]

On this day, the Court considered the Motion for Expedited Consideration of the Roy F. & Joann Cole Mitte Foundation's Motion To Dismiss Bankruptcy Cases of WC 1st and Trinity, LP, WC 3rd and Congress, LP, WC 1st and Trinity GP, LLC, and WC 3rd and Congress GP, LLC.

Having considered the Motion, any responses to same, and the arguments of counsel, the

Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the Motion to Dismiss Bankruptcy Cases is scheduled for expedited hearing on the date and time listed above.

# # #



PREPARED BY:

William H. Daniel
State Bar No. 05362700
Ray Chester
State Bar No. 04189065
McGinnis Lochridge LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (Fax)
wdaniel@mcginnislaw.com
rchester@mcginnislaw.com

ATTORNEYS FOR THE ROY F. & JOANN COLE MITTE FOUNDATION

