

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 15, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WC 1ST AND TRINITY LP | § | Case No. 20-10885 |
| | § | |
| WC 3RD AND CONGRESS LP | § | Case No. 20-10887 |
| | § | |
| Debtors | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF THE ROY F. & JOANN COLE MITTE FOUNDATION'S MOTION TO DESIGNATE RECEIVER TO REMAIN IN CHARGE OF THE DEBTORS IN POSSESSION
Case No. 20-10885 [Related to Doc. No. 11]
Case No. 20-10887 [Related to Doc. No. 15]**

On this day, the Court considered the Motion for Expedited Consideration of the Roy F. & Joann Cole Mitte Foundation's Motion to Designate Receiver to Remain in Charge of the Debtors in Possession.

Having considered the Motion, any responses to same, and arguments of counsel, the Court is of the opinion that the motion should be GRANTED.

- 2 -

It is therefore ORDERED that the Motion to Designate Receiver to Remain in Charge of the Debtors in Possession is scheduled for expedited hearing on the date and time listed above.

# # #



- 2 -

PREPARED BY:

William H. Daniel
State Bar No. 05362700
Ray Chester
State Bar No. 04189065
McGinnis Lochridge LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (Fax)
wdaniel@mcginnislaw.com
rchester@mcginnislaw.com

ATTORNEYS FOR THE ROY F. & JOANN COLE MITTE FOUNDATION

