

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 15, 2020**

_____
                         **TONY M. DAVIS**
                  **UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WC 1st AND TRINITY LP | § § § | CASE NO. 20-10885 |
| WC 3RD AND CONGRESS LP | § § | CASE NO. 20-10887 |
| WC 1st AND TRINITY GP LLC | § § | CASE NO. 20-10886 |
| WC 3RD AND CONGRESS GP LLC | § § § | CASE NO. 20-10888 |
| **Debtors** | § § | |

**ORDER GRANTING MOTION FOR RECONSIDERATION**
**AND AMENDING AND SUPERSEDING PRIOR ORDERS**

Came on for consideration the Debtors' *Motion for Reconsideration* filed on August 20, 2020 and refiled on August 21, 2020. Upon consideration of, among other things, the Motion for Reconsideration and exhibits thereto and the record in this case, this Court finds that the Motion for Reconsideration should be granted. Accordingly, it is hereby

1

2

**ORDERED** that this Court's *First Interim Order,* entered on August 13, 2020 and the *Second Interim Order Regarding Discovery in Connection with the Motions to Dismiss,* entered on August 20, 2020 in each of the above-styled cases, is hereby superseded by this Order. It is further

**ORDERED** that Gregory S. Milligan, of the firm HMP Advisory Holdings, dba Harney Partners, solely in his capacity as state court receiver pursuant to the "Order Appointing Receiver" entered on December 10, 2019 in CAUSE No D-1-GN-18-007636 in Travis County District Court ("Milligan"), be granted immediate unfettered access to the accounting and financial information and transactions of WC 1st and Trinity, LP and WC 3rd and Congress, LP on the Yardi system, as ordered by the state court on August 4, 2020. It is further

**ORDERED** that pending further order, Milligan shall keep all such information confidential in accordance the anticipated protective order to be entered by this Court, which such order will be in accordance with the form of confidentiality order contained on the Court's website at: https://www.txwb.uscourts.gov/procedures-judge-tony-m-davis.

###

Respectfully submitted,

**FISHMAN JACKSON RONQUILLO PLLC**

/s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

**PROPOSED COUNSEL FOR THE DEBTORS**

2