

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: September 15, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re: | § |
| | §  **Case No. 20-10887-tmd** |
| **WC 3rd and CONGRESS, L.P.,** | § |
| | §  **Chapter 11** |
| Debtor. | § |

**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTHORITY
TO ENGAGE FISHMAN JACKSON RONQUILLO PLLC AS
ITS GENERAL BANKRUPTCY COUNSEL**

ON this day came on for consideration the *Application of Debtor and Debtor-in-Possession for Order Authorizing Retention of FJR as General Bankruptcy Counsel* (the "**Application**") filed on September 11, 2020, by Debtor WC 3rd and Congress, L.P. (the "**Debtor**"), by which the Debtor seeks approval of the Court to allow it to engage Fishman Jackson Ronquillo, PLLC ("**FJR**"), as its general bankruptcy counsel in this case, as more particularly set forth in the Application and Declaration on file in this matter.[1]

---

[1] All capitalized terms not otherwise defined shall have the same meaning as defined in the Application.

**Page 1**

5548594.1  FJR 23061.20

The Application was either set for hearing or served pursuant to Local Bankruptcy Rule 9013(d), and no objections have been timely filed that have not been withdrawn or resolved by agreement or ruling of the Court. As set forth in the Supporting Declaration of Mark H. Ralston filed with the Application, FJR represents to this Court that it holds or represents no interest adverse to the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the Debtor's estate. It is therefore

ORDERED, that the Debtor is authorized to employ the Firm effective as of the Petition Date as its general bankruptcy counsel pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED that FJR shall comply in all respects with L. Rule. 2016.

# # # END OF ORDER # # #



5548594.1 FJR 23061.20