IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| WC 3rd and COLORADO LP, | § | CASE NO. 20-10887-tmd |
| | § | |
| Debtor. | § | |

## DEBTOR'S STATEMENT OF ISSUES
## ON APPEAL AND DESIGNATION OF THE RECORD

In accordance with Bankruptcy Rule 8009(a), Debtor WC 3rd and Colorado, LP, ("**Debtor**") hereby submits its statement of issues and designation of the record regarding Debtor's appeal from the *Order Granting Motion to Dismiss Case* [Doc 59].

### I. STATEMENT OF ISSUES

Did the Bankruptcy Court err as a matter of law in determining that the Debtor, through its general partner, lacked the authority to file a voluntary petition for voluntary relief under section 301 of the Bankruptcy Code?

### II. DESIGNATION OF RECORD ON APPEAL

Debtor designates the following items for inclusion in the record on appeal:

| **Description** | **Filing Date** | **Docket No.** |
| --- | --- | --- |
| Voluntary Petition | 08//05/20 | 1 |
| Motion to Dismiss (Milligan)\ | 08/07/20 | 10 |
| Motion to Dismiss (Mitte) | 08/11/20 | 14 |
| Response of Debtor to Motions to Dismiss | 08/24/20 | 40 |
| Reply (Mitte) | 08/26/20 | 42 |
| Reply (Milligan) | 08/26/20 | 43 |

| | | |
|---|---|---|
| Sur-Reply (Debtor)\ | 09/01/20 | 51 |
| Order Granting Motions to Dismiss | 09/14/20 | 59 |

Dated: the 13ʰ day of October 2020.

                                                                   Respectfully submitted,

                                                  /s/ Mark H. Ralston
                                                  Mark H. Ralston
                                                  Texas State Bar No. 16489460
                                                  Fishman Jackson Ronquillo PLLC
                                                  13155 Noel Road, Suite 700
                                                  Dallas, TX 75240
                                                  Telephone: (972) 419-5544

                                                  ATTORNEYS FOR DEBTOR
                                                  WC 3rd AND CONGRESS LP

## CERTIFICATE OF SERVICE

      I certify that on the 13th day of October 2020, a true and correct copy of the foregoing document was sent to all parties receiving notice through the ECF System in this Bankruptcy case and to following via first-class mail:

        Stephen W. Lemmon
        Streusand, Landon, Ozburn
         & Lemmon LLP
        1801 S. MoPac Expressway
        Suite 320
        Austin, TX 78746

        William H. Daniel
        McGinnis Lochridge LLP
        600 Congress Avenue
        Suite 2100
        Austin, TX 78701

                                                            /s/ Mark H. Ralston
                                                            Mark H. Ralston