## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WC 3ᴿᴰ and CONGRESS, LP, | § § | Case No. 20-10887-tmd |
| Debtor. | § § | |

### APPELLEE ROY F. & JOAN COLE MITTE FOUNDATION'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In accordance with Bankruptcy Rule 8009(a)(2), Appellee The Roy F. & Joann Cole Mitte Foundation ("Mitte") files its Designation of Additional Items to be Included in the Record on Appeal regarding Debtor's appeal from the Order Granting Motion to Dismiss Case.

Mitte designates the following additional items for inclusion in the record on appeal:

| Description | Filing Date | Docket No. |
|---|---|---|
| Bankruptcy Court's Docket Sheet, Case No. 20-10887-tmd; *In re: WC 3rd and Congress LP*. | NA | NA |
| Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs | 9/1/2020 | 48 |
| Deposition Transcript of Barbara Lee, with Exhibits | NA | NA |

1465355.v1

- 2 -

Respectfully Submitted,

By:   */s/ William H. Daniel*
     William H. Daniel
     State Bar No. 05362700
     Ray Chester
     State Bar No. 04189065
     McGinnis Lochridge LLP
     600 Congress Avenue, Suite 2100
     Austin, Texas 78701
     (512) 495-6000
     (512) 495-6093 (Fax)
     Email: rchester@mcginnislaw.com
     Email: wdaniel@mcginnislaw.com

ATTORNEYS FOR THE ROY F. & JOANN COLE MITTE FOUNDATION

## **CERTIFICATE OF SERVICE**

I certify that on October 27, 2020, a true and correct copy of the foregoing documents was sent to all parties receiving notice through the ECF System in this Bankruptcy case and to the following via first-class mail:

Mark H. Ralston
Fishman Jackson Ronquillo PLLC
13155 Noel Road, Suite 700
Dallas, TX 75240
Email: mralston@fjrpllc.com

Stephen W. Lemmon
Streusand, Landon, Ozburn & Lemmon LLP
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746

                                  */s/ William H. Daniel*
                                  William H. Daniel