**APPEAL, DeBN–Yes, DISMISSED**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 20–10887–tmd

*Assigned to:* Bankruptcy Judge Tony M. Davis
Chapter 11
Voluntary
Asset

*Date filed:* 08/05/2020
*Debtor dismissed:* 09/14/2020
*341 meeting:* 09/01/2020
*Deadline for filing claims:* 11/30/2020

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**WC 3rd and Congress, LP**
814 Lavaca St.
Austin, TX 78701
TRAVIS–TX
Tax ID / EIN: 80–0880413

represented by **Mark H. Ralston**
13155 Noel Road
Suite 700
Dallas, TX 75240
214–499–5544
Fax : 214–499–5501
Email: mralston@fjrpllc.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/13/2020 | 82 | Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Mark H. Ralston for Debtor WC 3rd and Congress, LP (Ralston, Mark) (related document(s): 78 Notice of Appeal Filed by Mark H. Ralston for Debtor WC 3rd and Congress, LP ( Filing Fee:$ 298.00 ) (Ralston, Mark) (related document(s): 59 Order Dismissing Case (related document(s): 10 Motion to Dismiss Case, Or, In The Alternative, For Declaration That Receiver May Remain In Charge Of The Debtors In Possession filed by Rhonda Bear Mates for Interested Party Gregory S. Milligan,and Order Dismissing Case 14 Motion to Dismiss Case filed by William H. Daniel for Interested Party The Roy F. & Joann Cole Mitte Foundation (Attachments: # 1 Exhibit A # 2 Proposed Order)) (Order entered on 9/14/2020)), 79 Notice to District Court of Filing of Notice of Appeal (Appeal filed by WC 3rd and Congress, LP) – Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 1:20–bk–10887 (Wallace, Adam) (Attachments: # 1 Order # 2 Docket # 3 Party List)(related document(s): 78 Notice of Appeal Filed by Mark H. Ralston for Debtor WC 3rd and Congress, LP ( Filing Fee:$ 298.00 ) (Ralston, Mark) (related document(s): 59 Order Dismissing Case (related document(s): 10 Motion to Dismiss Case, Or, In The Alternative, For Declaration That Receiver May Remain In Charge Of The Debtors In Possession filed by Rhonda Bear Mates for Interested Party Gregory S. Milligan,and Order Dismissing Case 14 Motion to Dismiss Case filed by William H. Daniel for Interested Party The Roy F. & Joann Cole Mitte Foundation (Attachments: # 1 Exhibit A # 2 Proposed Order)) (Order entered on 9/14/2020)))) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| WC 3rd and COLORADO LP, | § | CASE NO. 20-10887-tmd |
| | § | |
| Debtor. | § | |

**DEBTOR'S STATEMENT OF ISSUES
ON APPEAL AND DESIGNATION OF THE RECORD**

In accordance with Bankruptcy Rule 8009(a), Debtor WC 3rd and Colorado, LP, ("**Debtor**") hereby submits its statement of issues and designation of the record regarding Debtor's appeal from the *Order Granting Motion to Dismiss Case* [Doc 59].

**I.  STATEMENT OF ISSUES**

Did the Bankruptcy Court err as a matter of law in determining that the Debtor, through its general partner, lacked the authority to file a voluntary petition for voluntary relief under section 301 of the Bankruptcy Code?

**II.  DESIGNATION OF RECORD ON APPEAL**

Debtor designates the following items for inclusion in the record on appeal:

| **Description** | **Filing Date** | **Docket No.** |
| --- | --- | --- |
| Voluntary Petition | 08//05/20 | 1 |
| Motion to Dismiss (Milligan)\ | 08/07/20 | 10 |
| Motion to Dismiss (Mitte) | 08/11/20 | 14 |
| Response of Debtor to Motions to Dismiss | 08/24/20 | 40 |
| Reply (Mitte) | 08/26/20 | 42 |
| Reply (Milligan) | 08/26/20 | 43 |

| | | |
|---|---|---|
| Sur-Reply (Debtor)\ | 09/01/20 | 51 |
| Order Granting Motions to Dismiss | 09/14/20 | 59 |

Dated: the 13[h] day of October 2020.

                                                Respectfully submitted,

                                            /s/ Mark H. Ralston
                                            Mark H. Ralston
                                            Texas State Bar No. 16489460
                                            Fishman Jackson Ronquillo PLLC
                                            13155 Noel Road, Suite 700
                                            Dallas, TX 75240
                                            Telephone: (972) 419-5544

                                            ATTORNEYS FOR DEBTOR
                                            WC 3rd AND CONGRESS LP

## CERTIFICATE OF SERVICE

      I certify that on the 13th day of October 2020, a true and correct copy of the foregoing document was sent to all parties receiving notice through the ECF System in this Bankruptcy case and to following via first-class mail:

        Stephen W. Lemmon
        Streusand, Landon, Ozburn
         & Lemmon LLP
        1801 S. MoPac Expressway
        Suite 320
        Austin, TX 78746

        William H. Daniel
        McGinnis Lochridge LLP
        600 Congress Avenue
        Suite 2100
        Austin, TX 78701

                                              /s/ Mark H. Ralston
                                              Mark H. Ralston